## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>AMERICAN RESIDENTIAL</u> v. <u>BANKERS EXPRESS MORTGAGE</u>   Case No. <u>07cv0447 BEN(RBB)</u>
**Time Spent:** _

<u>HON. RUBEN B. BROOKS</u>   <u>CT. DEPUTY VICKY LEE</u>   Rptr. _

<u>Attorneys</u>

<u>Plaintiffs</u>                                <u>Defendants</u>

PROCEEDINGS:   ____ In Chambers    ____ In Court    ____ Telephonic

Plaintiff's Motion to Excuse Both Parties from Personally Appearing at Early Neutral Evaluation Conference [May 24, 2007, at 2:00 p.m.], or Alternatively to Excuse Plaintiff from Personally Appearing [doc. no. 10] is denied.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement <u>and</u> a claims adjuster, if appropriate.**

DATE: <u>April 30, 2007</u>    IT IS SO ORDERED:   *Ruben Brooks*
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge

cc:  Judge Benitez                  INITIALS: <u>VL (mg/irc)</u> Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\AMERICANRESIDENT447\MINUTE02.wpd